IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY A. VARNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  2:16-cv-496-MHT-WC |
| ) | |
| WELLS FARGO BANK, N.A., *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Before the court are the motions to dismiss (Docs. 6, 12, & 19) filed by the Defendants in this case.  On July 6, 2016, the District Judge entered an Order (Doc. 8) referring this matter to the undersigned Magistrate Judge "for consideration and disposition or recommendation on all pretrial matters as may be appropriate."  The court has entered Orders (Docs. 9, 15, & 23) instructing Plaintiff to file written responses to Defendants' motions to dismiss.  In the court's last such Order (Doc. 23), the court observed that Plaintiff had not filed any written responses despite the court's previous instructions that he do so and set a final deadline of August 25, 2016, for Plaintiff to respond to the pending motions to dismiss.  The court further cautioned Plaintiff as follows: "***Plaintiff is warned that if he fails to file responses to the pending motions to dismiss by the deadline set in this Order, then the undersigned will enter a Recommendation that the complaint be dismissed for Plaintiff's failure to prosecute this action.***"  Order (Doc. 23) at 1 (emphasis in original).

Plaintiff has not filed a response to any of the pending motions to dismiss despite the court's instructions that he do so. The return receipts (Docs. 11, 16, 24) for all Orders directing Plaintiff to respond indicate that the Orders were received by Plaintiff or a person named "Annie Varner" at the address provided by Plaintiff and recorded on the docket.[1] In other words, although this matter was removed here on June 27, 2016, three separate motions to dismiss have been filed, and three separate Orders instructing Plaintiff to respond have been entered by the court and received by Plaintiff, Plaintiff has failed to respond to the court's Orders or otherwise file any pleading in this court indicating that he wishes to continue prosecuting this action.

Accordingly, for all the reasons given above, the undersigned Magistrate Judge RECOMMENDS that the complaint be DISMISSED without prejudice due to Plaintiff's failure to prosecute this action and abide by the orders of the court. The Magistrate Judge further RECOMMENDS that Defendants' motions to dismiss (Docs. 6, 12, 19) be DENIED as moot. It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **September 12, 2016**. A party must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered. Failure to file

---

[1] The court presumes Annie Varner is a spouse or other close relation to Plaintiff. Documents attached to Plaintiff's complaint indicate Annie Varner resides at Plaintiff's residence, was a co-mortgagor of the property underlying this litigation, and was involved with Plaintiff in obtaining independent analysis of the legality of the "securitzation" of Plaintiff's mortgage loan and challenging the propriety of the attempted foreclosure on the subject property. *See generally* Exs. 1-4 of Complaint (Doc. 1-4).

written objections to the Magistrate Judge's findings and recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1) shall bar a party from a *de novo* determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of the party to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11th Cir. R. 3-1; *see Stein v. Lanning Sec., Inc.*, 667 F.2d 33 (11th Cir. 1982); s*ee also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*). The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Done this 29th day of August, 2016.

/s/ Wallace Capel, Jr.
UNITED STATES MAGISTRATE JUDGE