IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY A. VARNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv496-MHT |
| | ) | (WO) |
| WELLS FARGO BANK, N.A.; | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

In this case, which was removed from state to federal court based on diversity jurisdiction, plaintiff asserts claims for fraud, wrongful foreclosure, civil conspiracy, slander of title, and quiet title. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case is due to be dismissed for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 3rd day of October, 2016.

                                         /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**